STATE OF OHIO ex rel. Thomas T. PLUM-MER, Petitioner, v. COURT OF COMMON PLEAS, JACKSON COUNTY, OHIO, et al., Respondent.

No. 11956.

United States Court of Appeals
Sixth Circuit.

June 24, 1953.

Before SIMONS, Chief Judge, and ALLEN, Circuit Judge.

PER CURIAM.

This case came on to be heard upon the petition for an alternative writ of mandamus and brief appended therewith and upon motions for leave to proceed in forma pauperis and for appointment of counsel;

And it appearing that this court has no present and no prospective right to review the case to which the petition relates, Barber Asphalt Paving Company v. Morris, 8 Cir., 132 F. 945, 955 and cases cited;

It is ordered that the motions for leave to proceed in forma pauperis and for appointment of counsel be and they hereby are denied;

And it is ordered that the petition for alternative writ of mandamus be and it hereby is docketed and dismissed for the reasons stated in the memorandum of even date filed herein 6 Cir., 205 F.2d 677.

ISBRANDTSEN COMPANY, Inc., as demise charterer of the S. S. John Miller on behalf of itself and all other parties in interest, Libellant-Appellee, v. FEDERAL INSURANCE COMPANY, United States Fire Insurance Company, St. Paul Fire & Marine Insurance Company, Home Insurance Company, Queen Insurance Company of America, Firemen's Insurance Company, Insurance Company of North America, Globe & Rutgers Insurance Company, Firemen's Fund Insurance Company, Hartford Fire Insurance Company, Aetna Insurance Company and Centennial Insurance Company, Respondents-Appellants.

THE JOHN MILLER.

No. 244, Docket 22644.

United States Court of Appeals
Second Circuit.

Argued May 5, 1953.

Decided June 1, 1953.

Bigham, Englar, Jones & Houston, New York City, Henry N. Longley and F. Herbert Prem, New York City, of counsel, for appellants.

Lord, Day & Lord, New York City, James S. Hemingway and John W. Castles III, New York City, of counsel, for appellee.

Before SWAN, Chief Judge, and L. HAND and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below. 113 F.Supp. 357.